

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2018

No. 04-16-00758-CV

Jerome **DRAGON**, Jr. and Patricia G. Dragon,
Appellants

v.

Joseph Russell **TRIAL** and Michael Leo Trial,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 14-07-00169-CVK
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
    Karen Angelini, Justice
    Patricia O. Alvarez, Justice

On December 12, 2017, appellees filed a Motion for Rehearing. On January 10, 2018, the appellants filed their response. After considering the motion and the response, we DENY the appellees' Motion for Rehearing.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court